

PLAINTIFF'S EXHIBIT 123